UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC JOHNSON,<br><br>            Petitioner,<br><br>     v.<br><br>CALIFORNIA COURT OF APPEAL,<br>FIFTH APPELLATE DISTRICT,<br><br>            Respondent. | No. 2:15-cv-2082 KJN P<br><br><br>ORDER |

      Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of mandamus pursuant to 28 U.S.C. § 1651.  Petitioner has not paid the filing fee or submitted an application to proceed in forma pauperis.  In his application for a writ of mandamus, petitioner challenges a ruling issued by the California Court of Appeal for the Fifth Appellate District.

      Petitioner is currently incarcerated at California State Prison-Corcoran in Kings County.  Kings County is located in the Fresno Division of the United States District Court for the Eastern District of California.  See Local Rule 120(d).

      Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court.  Therefore, this action will be transferred to the Fresno Division of the court.

////

////

1

1  Good cause appearing, IT IS HEREBY ORDERED that:

2  1. This action is transferred to the United States District Court for the Eastern District of

3  California, Fresno Division.

4  2. All future filings shall reference the new Fresno case number that is assigned and shall

5  be filed at:

        United States District Court
        Eastern District of California
        2500 Tulare Street
        Fresno, CA 93721

Dated: October 8, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/john2082.109

2